# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 14th day of July, two thousand and fifteen,

_____

Vioni

v.

Providence Investment Management, L.L.C.

_____

**ORDER**
Docket Number: 15-1925

This Court's Civil Appeal Mediation Program ("CAMP") has referred the above-captioned appeal to a pre-argument conference with Daniel Kolb, Court-Appointed Mediator.

**Counsel, all parties, and representatives of any person or entity directly affected financially by the outcome of the litigation, including insurance representatives, must attend and participate in the conference**. Counsel are directed to be prepared to discuss the legal merit of each issue on review before this Court and how to narrow, eliminate, or clarify issues on appeal where appropriate.

The conference is expected to be held within 28 days of the date of this order. Please confer with your adversary to identify mutually convenient dates and times. Mr. Kolb will contact you to schedule the conference. He can be reached via email (daniel.kolb@davispolk.com) or telephone (212-450-4394).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

