# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of September, two thousand and fifteen.

Present:       Debra Ann Livingston,
                      *Circuit Judge*.

_____

  Lisa Vioni, Hedge Connection, Inc.,

  Plaintiffs-Appellants,

                                    **ORDER**
       v.                                  Docket No. 15-1925

  Providence Investment Management, L.L.C., Providence Investment Partners, LLC, Russell Jeffrey,

  Defendants-Appellees,

  American Capital Strategies, Ltd.,

  Defendant.

_____

      Appellants, through counsel, move for leave to file their brief and joint appendix under seal.

      IT IS HEREBY ORDERED that the motion is GRANTED.

                                                        For the Court**:**

                                                        Catherine O'Hagan Wolfe,
                                                        Clerk of Court

